ACCEPTED
12-17-00200-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/29/2017 9:32 AM
Pam Estes
CLERK

CAUSE NUMBER 12-17-00200-CR

| | | |
|---|---|---|
| WALTER LEWIS GRIFFIS | § | IN THE |
| | § | |
| VS. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | COURT OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/29/2017 9:32:44 AM
PAM ESTES
Clerk

## APPELLANT'S
## SECOND MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Walter Lewis Griffis, by and through Colin D. McFall, Attorney of Record, in the above numbered and styled cause, pursuant to *Rule 10.5 (b)* and *Rule 38.6 (d)*, Texas Rules of Appellate Procedure, and for good cause moves this Court grant Appellant's Second Motion to Extend Time to File Brief. In support of said motion, the Appellant would respectfully show this Honorable Court the following:

I.

Pursuant to *Rule 10.5(b) (1) (A)*, Texas Rules of Appellate Procedure, Appellant's Brief was due on the 27th day of November 2017.

II.

Pursuant to *Rule 10.5(b) (1) (B)*, Texas Rules of Appellate Procedure, Appellant respectfully request a thirty (30) day extension of time to file Appellant's Brief. If granted, Appellant's Brief would be due on the 27th day of December 2017.

III.

Pursuant to *Rule 10.5(b) (1) (C)*, Texas Rules of Appellate Procedure, Counsel relies on the following facts to reasonably explain the need for the requested extension:

Counsel is engaged in the multijurisdictional private practice of law. Counsel engages in the practice of family law, juvenile law, criminal defense and quasi criminal proceedings.

Counsel submits his work load is high. Because of the demands of private practice and a high work load, Counsel has not had an effective amount of time to draft an appellate brief. Counsel needs the requested extension of time to effectively represent Appellant. Appellant is entitled to the effective representation of Counsel.

## IV.

Pursuant to *Rule 10.5(b) (1) (D)*, Texas Rules of Appellate Procedure, this is Counsel's second motion for an extension of time to file Appellant's Brief.

## V.

Pursuant to *Rule 10.1(5)*, Texas Rules of Appellate Procedure, Counsel was not able to consult with opposing counsel, to confirm the instant motion is unopposed.

## VI.

WHEREFORE, PREMISES CONSIDERED, Appellant Walter Lewis Griffis, prays the Appellate Court grant Appellant's Second Motion to Extend Time to File Brief, and grant Counsel an additional thirty (30) days to file Appellant's Brief.

RESPECTFULLY SUBMITTED,

_____
COLIN D. MCFALL
Attorney at Law
Texas Bar Number:   24027498

606 East Crawford Street
Palestine, Texas 75801-2963
Telephone:    903-723-1923
Facsimile:    903-723-0269
Email: cmcfall@mcfall-law-office.com

## CERTIFICATE OF SERVICE

I, Colin D. McFall, Attorney of Record for the above styled Defendant, hereby certify service of a true and correct copy of the above and foregoing document upon Anderson County Criminal District Attorney's Office, Allyson Mitchell, at amitchell@co.anderson.tx.us, Scott Holden, at sholden@co.anderson.tx.us, and Brenda Cobble, at bcobble@co.anderson.tx.us, by email transmission, on the _____ day of November 2017.

RESPECTFULLY SUBMITTED,


_____
COLIN D. MCFALL
Attorney at Law
Texas Bar Number:    24027498

606 East Crawford Street
Palestine, Texas 75801-2963
Telephone:    903-723-1923
Facsimile:    903-723-0269
Email:  cmcfall@mcfall-law-office.com

CAUSE NUMBER 12-17-00200-CR

| WALTER LEWIS GRIFFIS | § | IN THE |
|---|---|---|
| | § | |
| VS. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | COURT OF APPEALS |

**AFFIDAVIT**

BEFORE ME, the undersigned notary, on this day, personally appeared Colin D. McFall, a person whose identity is known to me. After I administered an oath to Colin D. McFall, upon his oath, he said:

"My name is Colin D. McFall. I am over eighteen (18) years of age, of sound mind and capable of making this Affidavit. I am the Attorney of Record for Walter Lewis Griffis, in the above numbered and styled cause. I have read the Appellant's Second Motion to Extend Time to File Brief and swear the facts relied on are within my personal knowledge.

_____
COLIN D. MCFALL

SWORN to and SUBSCRIBED before me by Colin D. McFall on the 29th day of November 2017.

_____
Notary Public in and for the State of Texas

My commission expires: 02/16/2020



LIZBETT ROMAN
Notary ID # 130542064
My Commission Expires
February 16, 2020